IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

RONALD SATISH EMRIT,

       Plaintiff,                                    Civ. No. 1:25-cv-01499-CL

      v.                                                ORDER

UNITED STATES PATENT AND
TRADEMARK OFFICE, *et al*,

       Defendants.

_____

MCSHANE, Judge:

      Magistrate Judge Mark Clarke filed a Findings and Recommendation (ECF No. 13), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (ECF No. 13) is adopted. Plaintiffs' claims, ECF No. 1, are therefore dismissed with prejudice.

IT IS SO ORDERED.

      DATED this 12th day of February 2026.

                                                               /s/ Michael J. McShane
                                                                Michael McShane
                                                            United States District Judge

1 – ORDER